UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TREISTON MICHEL PIERRON | CIVIL ACTION |
| VERSUS | NUMBER: 16-01746 |
| L.P.D.C., ET AL. | SECTION: "H"(5) |

**O R D E R**

The Court, having considered de novo the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 31st day of October, 2017.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE